1 2024 CO 38 In Re Ann Jordan; Bruce Howard Brown; David Gutierrez; Amber Tuffield; Geraldine Valdez; Martha Ann Ratzloff; Daniel Ratzloff; Bradley Schaak; Cindy Fuhrmann; Kenneth Noble, in his individual capacity and on behalf of decedent Kay Noble; Cynthia Bauman; Susan Kaberline; and Blake Richard Darnell, Plaintiffs: v. Terumo BCT, Inc.; Terumo BCT Sterilization Services, Inc.; and John Does 1-20. Defendants No. 24SA34Supreme Court of Colorado, En BancJuly 1, 2024
Original Proceeding Pursuant to C.A.R.21 Jefferson County District Court Case Nos. 20CV31457 & 20CV31481 Honorable LindsayL. VanGilder, Judge

Petition for Rehearing DENIED.